| Fill in this information to identify the case: |
| --- |

| Debtor 1 | Victoria Jones |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: Southern_____ District of Ohio____
(State)

Case number   17-10914_____

## Official Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:   Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust    **Court claim no.** (if known):  21

**Last 4 digits** of any number you use to identify the debtor's account:  0120

**Property address:**    7239 OSCEOLA DRIVE____
                         Number      Street

                         CINCINNATI, OH 45243____
                         City          State      ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

- X   Creditor agrees that the debtor has paid in full the amount required to cure the prepetition default on the creditor's claim.

- ☐   Creditor disagrees that the debtor has paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

- X   Creditor states that the debtor is current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor is due on:    06/01/2022____
                                                               MM/DD/YYYY

- ☐   Creditor states that the debtor is not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a.  Total postpetition ongoing payments due:                          (a) $_____

   b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $_____

   c.  **Total.** Add lines a and b

   Creditor asserts that the debtor is contractually obligated       (c) $_____
   for the postpetition payment(s) that first became due on:    ___/___/_____
                                                                MM/DD/YYYY

Debtor 1 __Victoria Jones_____   Case number (*if known*) _17-10914_____
        First Name      Middle Name      Last Name

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐  all payments received

☐  all fees, costs, escrow, and expenses assessed to the mortgage; and

☐  all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplemental to the creditor's proof of claim.**

*Check the appropriate box:*

☐   I am the creditor.

✗   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief:**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.


_/s/ Christopher P. Kennedy (0074648)_____   Date _05/24/2022_____
Signature


Print:        __Christopher P. Kennedy_____   Title   __Attorney for Creditor____
             First Name          Middle Name      Last Name


Company   __Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.___


**If different from the notice address listed on the proof of claim to which this response applies:**


Address     __24755 Chagrin Blvd. Suite 200_____
            Number        Street

            __Cleveland, OH 44122-5690_____
            City                    State        ZIP Code


Contact phone   __(216) 360-7200_____   Email   __bankruptcy@carlisle-law.com___

**<u>Certificate of Service</u>**

  I hereby certify that the foregoing Response to Notice of Final Cure Payment was served **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **first class mail** on May 24, 2022 addressed to:

  Victoria Jones, Debtor, 7239 Osceola Drive, Cincinnati, OH 45243-2224

          */s/ Christopher P. Kennedy*